IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION



| | | |
|---|---|---|
| YOLANDA MARTINEZ | § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO:<br>5:98-CV-0270-C |
| CITY OF MULESHOE, TEXAS. | § § § | |
| Defendant | § | |

### ORDER EXTENDING TIME
### FOR FILING PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO DISMISS

On this day came on to be considered Plaintiff's unopposed Motion to Extend time for Filing Plaintiff's Response to Defendant's Motion to Dismiss in the above styled and numbered cause, and the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, that the time for response is hereby extended, and Plaintiff may have until January 4, 1999, in which file her response to Defendant's Motion to Dismiss.

SIGNED on this 22nd day of December, 1998.

_____
UNITED STATES DISTRICT JUDGE